UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 05-80955

TERRY LEE FLENORY, et al.,        HONORABLE AVERN COHN

    Defendants.

_____/

## SCHEDULING ORDER

This is a multi-defendant complex criminal involving charges of conspiracy, drug dealing and money laundering.  The Court held a scheduling conference on June 28, 2007 to consider pending motions and trial dates.

1. There are no pending motions.

2. The trial dates for various defendants are as follows:

    A.    D-3, Neil Bahura - **Monday, July 30, 2007 at 9:00 a.m.**

    B.    D-32, Charles Flenory - **to be set**

    C.    D-26, Jacob Arabov - **Monday, November 26, 2007 at 9:00 a.m.**

    D.    D-31, Ronald Canyon - **Monday, July 23, 2007 at 9:00 a.m.**

3. The trial of defendants:

    D-1, Terry Lee Flenory

    D-2, Demetrius Flenory

    D-8, Brian Ronell Garrett

      D-19, Benjamin Henry Smith

      D-22, Tonesa Lynette Welch

      D- 24, Harold Stanley Wilcox

      D-25, Kim Vernell Williams

      D-34, Wayne Joyner

      D-40, David Walker

will commence on **Monday, August 06, 2007 at 9:00 a.m**.

    4.    On or before **July 20, 2007**, the government shall lodge with the Court, with copies to the defendants named in Paragraph 3, the following:

      A.    A redacted indictment excluding the a/k/a names of the defendants.

      B.    A list of the witnesses who will testify at trial.

      C.    A list of the exhibits which will be introduced at trial numbered for trial.

A set of the exhibits shall be lodged with the Court properly numbered.

      D.    A draft of the instructions on the law of the case.

      E.    The form of verdict to be submitted to the jury.

    5.    The Court will hold a final pretrial conference for the August 06, 2007 trial on **Monday, July 23, 2007 at 3:00 p.m.**

Any objection to this order shall be filed within three **(3)** business days.

SO ORDERED.

                s/Avern Cohn  
                **AVERN COHN**  
Dated:              UNITED STATES DISTRICT JUDGE  
    Detroit, Michigan

S:\LORI\Cases\CRIMINAL\USA v. Terry Flenory, et al\Scheduling Order.wpd